**RECEIVED**
IN ALEXANDRIA LA.

DEC 0 2 2009

TONY R. MOORE CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

FERNEST REED III,                          CIVIL ACTION
          Appellant                        NO. CV09-00234

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER    JUDGE JAMES T. TRIMBLE
OF SOCIAL SECURITY,                MAGISTRATE JUDGE JAMES D. KIRK
          Appellee


## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Reed's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_____,
Louisiana, on this _2__ day of _December_____, 2009.


                              _____
                                    JAMES T. TRIMBLE
                              UNITED STATES DISTRICT JUDGE